IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:12-cv-100-Y |
| | § | |
| KIEM LE, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff United States of America and Defendant Kiem Le (collectively, the "Parties") hereby notify the Court that they stipulate to dismissal of the instant matter and now submit this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties respectfully request this Court enter a Final Judgment dismissing the case.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Colin D. Speaker*
Colin D. Speaker
Assistant United States Attorney
Texas State Bar No. 24060642
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102

       Tel. 817.252.5286
       Fax No. 817.252.5458
       colin.speaker@usdoj.gov

       *Attorneys for United States of America*

       */s/ Jennifer K. Gjesvold*
       Jennifer K. Gjesvold, Esq.
       State Bar No. 24076175
       Law Offices of Jennifer K. Gjesvold, Esq.
       5596 Davis Blvd., Suite 100
       North Richland Hills, Texas 76180
       Telephone: 817-605-0156
       Fax: 817-423-7715

       *Attorney for Defendant Kiem Le*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2012, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

       /s/ *Colin D. Speaker*
       Colin D. Speaker
       Assistant U.S. Attorney